No. 45492.—Protest 4492–K of Jones & Naudin Co. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229) the merchandise in question was held dutiable at 20 percent under paragraph 1530 (c) as claimed.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1941

No. 45493.—Protests 514253–G, etc., of E. T. Middleton et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 45494.—Protests 563625–G, etc., of Wm. Liddell & Co. et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, FEBRUARY 28, 1941

No. 45495.—Protests 986717–G, etc., of Balfour, Guthrie & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Balfour* v. *United States* (5 Cust. Ct. 180, C. D. 397) the palm oil oleine in question was held free of duty under paragraph 1732 as claimed and not subject to the tax under section 701 (c) (8) of the revenue act.

BEFORE THE FIRST DIVISION, MARCH 3, 1941

No. 45496.—Protest 36425–K of Jos. Rotberg Co. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of dogskins, undressed, the same as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389). The claim for free entry under paragraph 1681 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 3, 1941

No. 45497.—Protest 11679–K of John C. Sleater Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the protest was sustained.